**File Hashes for IP Address 216.80.3.57**

**ISP:** RCN Corporation
**Physical Location:** Skokie, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/04/2013 05:22:12 | C3A7DECF78F2B2BAEB4C101F16D7373CF22C198F | Faye Prelude to an Orgy |
| 03/04/2013 05:17:07 | 4CBEF4AA6436D5DB9D2BC09CDDB8189B8D08F1F1 | Leila Faye Awesome Threesome |
| 03/04/2013 04:41:56 | C3043E805840C8E4064912551FA173BA6E58C3F5 | Stay With Me |
| 02/28/2013 04:31:31 | D35873FC87CE0B6D2E1B8C63C41F76963AABC69B | Angie VIP Lounge |
| 02/28/2013 03:41:24 | CC6D00CDCAC96797C32B4AA9EBF1A330C0BF6455 | Morning Desires |
| 02/28/2013 03:14:18 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart |
| 02/28/2013 02:30:03 | 666B02844B7629FDDEE8C8C8F6E400F2421FB27F | Wild Things |
| 02/28/2013 01:58:26 | AF71995CB4B6C61C3119A68B49BC46F2924F70A6 | Unbelievably Beautiful |
| 02/28/2013 00:00:20 | 60C56F74BB3073EEB84341C04E24BDE7B978660A | Waterfall Emotions |
| 02/26/2013 02:48:57 | 88EBB77AD072A9C82D422CF3932302A027A06EF8 | Still With Me |

**Total Statutory Claims Against Defendant: 10**

EXHIBIT A

NIL49