## Expanded Surveillance of IP Address 216.80.3.57

**ISP:** RCN Corporation
**Location:** Skokie, IL

| Hit Date UTC | Filename |
|---|---|
| 03/06/2013 | How.I.Met.Your.Mother.S08E17.HDTV.x264-LOL.mp4 |
| 03/06/2013 | prnfle243x.wmv |
| 03/05/2013 | Snickeriet.mpg |
| 03/05/2013 | The.Walking.Dead.S03E12.720p.HDTV.x264-EVOLVE.mkv |
| 03/05/2013 | x-art_erica_slow_motion_1080-.mov |
| 03/04/2013 | x-art_kaylee_kyle_mad_passion_540.mp4 |
| 03/04/2013 | Tiffany.F.Tuesday.Morning.XArt.2013.HD_iyutero.com.wmv |
| 03/04/2013 | [X-Art] - Prelude to an Orgy - Faye Reagan.wmv |
| 03/04/2013 | x-art_tiffany_f_tuesday_morning_540.wmv |
| 03/02/2013 | The Hobbit An Unexpected Journey (2012) [1080p] |
| 03/02/2013 | Life of Pi (2012) [1080p] |
| 03/02/2013 | Red Dawn (2012) [1080p] |
| 02/28/2013 | x-art_silvie_unbelievably_beautiful_720.wmv |
| 02/28/2013 | Arrow.S01E16.HDTV.x264-LOL.mp4 |
| 02/28/2013 | x-art_angie_morning_desires_540.wmv |
| 02/28/2013 | Kikki- Bettan- Lotta Vem e de du vill ha |
| 02/28/2013 | Kaylee.Waterfall.Emotions.XArt.2012_iyutero.com.mov |
| 02/28/2013 | prnfle1539x.wmv |
| 02/28/2013 | Katamari Forever |
| 02/28/2013 | Silvie.Wild.at.Heart.X-Art.2012.wmv |
| 02/28/2013 | at91 |
| 02/28/2013 | [X-Art] Just Married - Silvie.wmv |
| 02/26/2013 | X Art  Kaylee |
| 02/26/2013 | x-art_kaylee_ian_first_love_540.mov |
| 02/26/2013 | x-art_kaylee_apartment_in_madrid_540.mp4 |
| 02/26/2013 | teampaul |
| 02/26/2013 | bzl_bzlive16_480p_2000-chkm8te.mp4 |
| 02/25/2013 | The.Walking.Dead.S03E10.720p.HDTV.x264-EVOLVE.mkv |
| 02/25/2013 | The Walking Dead S03E10 HDTV x264-2HD[ettv] |
| 02/25/2013 | Just Visiting - Samantha Saint, Aleksa Nicole.mp4 |
| 02/25/2013 | bzl_bzlive19_480p_2000-chkm8te.mp4 |
| 02/22/2013 | Justice League |
| 02/22/2013 | Justice League 15 (2013) (Five Covers) (Avalon-SCC-Novus).cbr |
| 02/21/2013 | bzl_bzlive21_480p_2000-chkm8te.mp4 |
| 02/21/2013 | Arrow S01E15 HDTV x264-LOL[ettv] |

EXHIBIT C

NIL49

| Hit Date UTC | Filename |
|---|---|
| 02/18/2013 | bzl_bzlive15_480p_2000-chkm8te.mp4 |
| 02/18/2013 | PornoLab{Brazzers Live 29}ZZ |
| 02/18/2013 | Brazzers Live 13 SD-chkm8te |
| 02/18/2013 | Wreck-It Ralph (2012) [1080p] |
| 02/18/2013 | Sky High (2005) [1080p] |
| 02/18/2013 | bzl_bzlive32_480p_2000.mp4 |
| 02/18/2013 | The Day (2011) [1080p] |
| 02/18/2013 | Gregs.Tagebuch.-.Von.Idioten.umzingelt.DVDRip.MD.German.XviD-AOE |
| 02/18/2013 | bzl_bzlive18_480p_2000-chkm8te.mp4 |
| 02/18/2013 | Splice (2009) [1080p] |
| 02/17/2013 | Young Justice Invasion - 216 - Complications {C_P}.avi |
| 02/17/2013 | Young Justice S02E16 2012 HDTV x264-BLA [ettv].avi |
| 02/15/2013 | bzl_bzlive31_480p_2000-chkm8te.mp4 |
| 02/15/2013 | bzl_bzlive17_480p_2000-chkm8te.mp4 |
| 02/14/2013 | Rock Of Ages EXTENDED (2012) [1080p] |
| 02/14/2013 | Under The Sea (2009) [1080p] |
| 02/14/2013 | bzl_bzlive20_480p_2000-chkm8te.mp4 |
| 02/13/2013 | How I Met Your Mother S08E06 Season 8 Episode 6 HDTV x264 [GlowGaze] |
| 02/12/2013 | Butter.2011.HDRip.XVID.AC3.HQ.Hive-CM8 |
| 02/11/2013 | Good Luck Chuck (2007) [1080p] |
| 02/10/2013 | The.Following.S01E01.720p.HDTV.X264-DIMENSION [PublicHD] |
| 02/10/2013 | Young.Justice.S02E15.War.720p.WEB-DL.x264.AAC |
| 02/10/2013 | Nikita.S03E10.720p.HDTV.x264-DIMENSION.mkv |
| 02/10/2013 | The.Following.S01E03.720p.HDTV.X264-DIMENSION [PublicHD] |
| 02/10/2013 | The.Following.S01E02.720p.HDTV.X264-DIMENSION [PublicHD] |
| 02/10/2013 | Nikita.S03E09.720p.HDTV.X264-DIMENSION.mkv |
| 02/09/2013 | Scandal.US.S02E05.HDTV.x264-LOL.mp4 |
| 02/09/2013 | The.Walking.Dead.S03E06.HDTV.x264-ASAP.[VTV].mp4 |
| 02/09/2013 | How.I.Met.Your.Mother.S08E15.HDTV.x264-LOL.[VTV].mp4 |
| 02/09/2013 | Scandal.US.S02E08.HDTV.x264-LOL.mp4 |
| 02/09/2013 | How I Met Your Mother S08E07 HDTV x264-LOL[ettv] |
| 02/09/2013 | Scandal US S02E03 HDTV x264-LOL[ettv] |
| 02/09/2013 | Scandal.US.S02E04.HDTV.x264-LOL.mp4 |
| 02/09/2013 | How.I.Met.Your.Mother.S08E11E12.HDTV.x264-LOL.[VTV].mp4 |
| 02/09/2013 | How.I.Met.Your.Mother.S08E13.HDTV.x264-LOL.[VTV].mp4 |
| 02/09/2013 | How I Met Your Mother S08E08 HDTV x264-LOL[ettv] |
| 02/09/2013 | Scandal.US.S02E07.HDTV.x264-LOL.mp4 |
| 02/09/2013 | How.I.Met.Your.Mother.S08E10.HDTV.XviD-AFG |
| 02/09/2013 | Scandal US S02E06 HDTV x264-LOL[ettv] |
| 02/09/2013 | Scandal.US.S02E09.HDTV.x264-LOL.mp4 |
| 02/09/2013 | The Walking Dead S03E08 Season 3 Episode 8 HDTV x264 [GlowGaze] |

EXHIBIT C

NIL49

| Hit Date UTC | Filename |
|---|---|
| 02/09/2013 | Justified S03E13 Slaughterhouse HDTV.XviD -2HD |
| 02/09/2013 | How.I.Met.Your.Mother.S08E04.HDTV.x264-LOL.[VTV].mp4 |
| 02/08/2013 | How.I.Met.Your.Mother.S08E05.HDTV.x264-LOL.[VTV].mp4 |
| 02/08/2013 | How.I.Met.Your.Mother.S08E02.HDTV.XviD-AFG |
| 02/08/2013 | How.I.Met.Your.Mother.S08E09.HDTV.x264-LOL.[VTV].mp4 |
| 02/08/2013 | How.I.Met.Your.Mother.S08E01.HDTV.x264-LOL.[VTV].mp4 |
| 02/08/2013 | Dexter.S07E08.HDTV.x264-ASAP.mp4 |
| 02/08/2013 | How I Met Your Mother S08E14 HDTV x264-LOL[ettv] |
| 02/07/2013 | Arrow.S01E13.HDTV.x264.REPACK-LOL.[VTV].mp4 |
| 02/05/2013 | Skyfall (2012) [1080p] |
| 02/05/2013 | How I Met Your Mother S08E15 HDTV x264-LOL[ettv] |
| 02/04/2013 | Bachelorette (2012) [1080p] |
| 02/04/2013 | Hawaii.Five-0.2010.S03E12.HDTV.x264-LOL.[VTV].mp4 |
| 02/04/2013 | Young.Justice.S02E14.Runaways.720p.WEB-DL.x264.AAC |
| 02/04/2013 | Hawaii.Five-0.2010.S03E11.HDTV.x264-LOL.[VTV].mp4 |
| 02/04/2013 | Hawaii.Five-0.2010.S03E10.HDTV.x264-LOL.[VTV].mp4 |
| 02/04/2013 | Hawaii.Five-0.2010.S03E10.720p.HDTV.X264-DIMENSION [PublicHD] |
| 02/04/2013 | [ www.Speed.Cd ] - Hawaii.Five-0.2010.S03E09.720p.HDTV.X264-DIMENSION |
| 02/04/2013 | Hawaii.Five-0.2010.S03E11.720p.HDTV.X264-DIMENSION [PublicHD] |
| 01/31/2013 | Gangster Squad 2013 R6 HDRiP XVID 1MPERiUM |
| 01/31/2013 | Young Justice Invasion - 213 - Fix {C_P}.avi |
| 01/31/2013 | Nikita.S03E05.720p.HDTV.X264-DIMENSION.mkv |
| 01/31/2013 | Flight (2012) [1080p] |
| 01/31/2013 | Arrow.S01E11.HDTV.x264-LOL.[VTV].mp4 |
| 01/31/2013 | Hot Fuzz (2007) [1080p] |
| 01/31/2013 | Arrow.S01E10.HDTV.x264-LOL.[VTV].mp4 |
| 01/31/2013 | Nikita.S03E07.720p.HDTV.X264-DIMENSION.mkv |
| 01/30/2013 | Nikita.S03E06.720p.HDTV.X264-DIMENSION.mkv |
| 01/30/2013 | Nikita.S03E02.720p.HDTV.X264-DIMENSION.mkv |
| 01/30/2013 | Nikita.S03E03.720p.HDTV.X264-DIMENSION.mkv |
| 01/30/2013 | Nikita.S03E01.720p.HDTV.X264-DIMENSION.mkv |
| 01/30/2013 | Workaholics.S03E11.720p.WEB-DL.AAC2.0.H.264-TiGHTBH [PublicHD] |
| 01/30/2013 | Nikita.S03E04.720p.HDTV.X264-DIMENSION.mkv |
| 01/30/2013 | Workaholics.S04E01.720p.HDTV.x264-EVOLVE [PublicHD] |
| 01/30/2013 | Here Comes The Boom (2012) [1080p] |
| 01/30/2013 | Workaholics.S03E12.720p.HDTV.x264-EVOLVE [PublicHD] |
| 01/23/2013 | New Girl S02E09 HDTV x264-LOL[ettv] |
| 01/23/2013 | New.Girl.S02E12.HDTV.x264-LOL.[VTV].mp4 |
| 01/23/2013 | New.Girl.S02E13.HDTV.x264-LOL.[VTV].mp4 |
| 01/23/2013 | New.Girl.S02E11.HDTV.x264-LOL.[VTV].mp4 |
| 01/21/2013 | Chicago.Fire.S01E07.720p.HDTV.X264-DIMENSION [PublicHD] |

EXHIBIT C

NIL49

| Hit Date  UTC | Filename |
|---|---|
| 01/21/2013 | Fighters.XXX.DVDRip.XviD–Jiggly |
| 01/21/2013 | Performers Of The Year 2013.mp4 |
| 01/21/2013 | Bruno Mars – Unorthodox Jukebox (iTunes Deluxe Version) 2012 320kbps CBR MP3 [VX] [P2PDL] |
| 01/17/2013 | Batman The Dark Knight Returns Part 2 (2013) [1080p] |
| 01/17/2013 | Taken 2 (2012) [1080p] |
| 01/14/2013 | Dinosour (2000) [1080p] |
| 01/14/2013 | Cloud Atlas (2012) [1080p] |
| 01/13/2013 | Dexter.S07E11.HDTV.x264-EVOLVE.mp4 |
| 01/13/2013 | Dexter.S07E12.HDTV.x264-ASAP.mp4 |
| 01/13/2013 | Warehouse.13.S04E10.HDTV.x264-2HD.[VTV].mp4 |
| 01/13/2013 | Dexter.S07E10.HDTV.x264-ASAP.mp4 |
| 01/13/2013 | How.I.Met.Your.Mother.S08E10.HDTV.x264-LOL.[VTV].mp4 |
| 01/09/2013 | Can He Score – Bridgette B HD 720p |
| 01/09/2013 | Can He Score – Phoenix Marie HD 720p |
| 01/09/2013 | Rebeca.Linares.Fan.Appreciation.Day.CanHeScore.2012.HD_iyutero.com.mp4 |
| 01/04/2013 | My Myself and Irene (2000) [1080p] |
| 01/02/2013 | Dexter.S07E09.HDTV.x264-ASAP.mp4 |
| 01/02/2013 | Scandal.US.S02E02.HDTV.x264-LOL.mp4 |
| 01/02/2013 | BBC Top 40 Albums Of 2010 S±A [320+Covers] – 40 – Gorillaz, Plas |
| 01/02/2013 | Scandal.US.S02E01.HDTV.x264-LOL.mp4 |
| 01/02/2013 | The.Walking.Dead.S03E07.HDTV.x264-2HD.[VTV].mp4 |
| 12/22/2012 | Exclusive Teen Porn – Amazing Teen Porn HD 720p |
| 12/22/2012 | Cuties.4.XXX.mp4 |
| 12/20/2012 | Dexter.S07E07.HDTV.x264-ASAP.[VTV].mp4 |
| 12/16/2012 | The.Big.Bang.Theory.S05E03.Probewohnen.bei.Muttern.GERMAN.DUBBED.HDTVRiP.XviD-SOF |
| 12/16/2012 | Black.Swan.2010.BRRip.Xvid {1337x}–Noir |
| 12/14/2012 | Pitch Perfect (2012) [1080p] |
| 12/14/2012 | Looper (2012) [1080p] |
| 12/10/2012 | Resident Evil Retribution (2012) [1080p] |
| 12/10/2012 | Doctor Who end of time part 1 + 2.rar |
| 12/09/2012 | Razortooth.(2007).DVDrip.avi |
| 12/08/2012 | Bruno Mars – Unorthodox Jukebox [2012-Album] iTunes MP3 CBR 320Kbps NimitMak SilverRG |
| 12/05/2012 | Dexter.S07E03.HDTV.x264-ASAP.mp4 |
| 12/03/2012 | Hawaii.Five-0.2010.S03E07.HDTV.x264-LOL.[VTV].mp4 |
| 12/03/2012 | Hawaii.Five-0.2010.S03E08.HDTV.x264-LOL.[VTV].mp4 |
| 12/03/2012 | Hawaii.Five-0.2010.S03E06.HDTV.x264-LOL.[VTV].mp4 |
| 12/03/2012 | The Expendables 2 (2012) [1080p] |
| 12/03/2012 | Lawless (2012) [1080p] |
| 12/03/2012 | Hawaii.Five-0.2010.S03E05.HDTV.x264-LOL.[VTV].mp4 |
| 12/01/2012 | End of Watch (2012) [1080p] |

EXHIBIT C

NIL49

| Hit Date UTC | Filename |
|---|---|
| 12/01/2012 | The Bourne Legacy (2012) [1080p] |
| 11/30/2012 | 1967 Stevie Wonder – Someday at Christmas |
| 11/29/2012 | 12.11.26.Nikki Benz_PornstarsLikeItBig_ImgZilla.mp4 |
| 11/29/2012 | Arrow.S01E07.HDTV.x264-LOL.[VTV].mp4 |
| 11/29/2012 | Lily.Carter.Is.Irresistible |
| 11/27/2012 | The Walking Dead S03E07 HDTV x264-2HD[ettv] |
| 11/26/2012 | Gangbanged.3 |
| 11/26/2012 | Pretty Ass Fuck – London Keyes |
| 11/25/2012 | mfhglondonmichael_qt-chkm8te.mp4 |
| 11/25/2012 | pf_london_keyes_2d_480p_2000.mp4 |
| 11/25/2012 | 12.11.13.London Keyes_MonstersOfCock_ImgZilla.mp4 |
| 11/24/2012 | Monsters Inc (2001) [1080p] |
| 11/24/2012 | Savages UNRATED (2012) [1080p] |
| 11/24/2012 | Paranorman (2012) [1080p] |
| 11/24/2012 | Bill and Ted's Excellent Adventure (1989) [1080p] |
| 11/23/2012 | Mia Bliss – Body of a goddess (MonsterCurves.com).mp4 |
| 11/23/2012 | Adult comic Love is Evol Spelled Backwards.zip |
| 11/23/2012 | 8 Francaises 2012 FRENCH XXX DVDRiP XViD  PORNOCHiC |
| 11/23/2012 | prnfle726x.avi |
| 11/22/2012 | ktr.ddm.12.09.07.pledge.fuck.flv |
| 11/22/2012 | MySistersHotFriend – Stevie Shay.wmv |
| 11/22/2012 | College.Girls.Like.It.Dirty |
| 11/21/2012 | Dancing.with.the.Stars.US.S15E17.HDTV.x264-2HD.mp4 |
| 11/21/2012 | New.Girl.S02E08.HDTV.x264-LOL.[VTV].mp4 |
| 11/21/2012 | Dancing.with.the.Stars.US.S15E16.HDTV.x264-2HD.mp4 |
| 11/20/2012 | The Walking Dead S03E06 HDTV x264-ASAP[ettv] |
| 11/20/2012 | The Amazing Spider-Man.(2012).DVDRip.XviD.HUNT |
| 11/20/2012 | Manila.Kingpin.2011.UNCUT.DVDRip.x264.AC3-WARRiOR |
| 11/20/2012 | Exxxtra.Small.Chicks.Fucking.Huge.Dicks.XXX.DVDRip.XviD-UPPERCUT |
| 11/18/2012 | Rikki.Six.She.loves.creampies.with.her.dick.BigTitCreamPie.10.14.12.HD_iyutero.com.mp4 |
| 11/17/2012 | Superman Vs. Spiderman XXX A Porn Parody |
| 11/17/2012 | 12.11.12.Rikki Six_Nikita Von James_MomsBangTeens_ImgZilla.mp4 |
| 11/15/2012 | Gia DiMarco from My Dads Hot Girlfriend 6.avi |
| 11/15/2012 | The.Three.Stooges.2012.HQ-CAM.XviD-MAJESTiC.[FR-SUB] |
| 11/15/2012 | sgs_gia_dimarco_480p_1000.mp4 |
| 11/14/2012 | Ted (2012) [1080p] |
| 11/10/2012 | Naruto Shippuuden – Ed – 03 – [by Angel7000].avi |
| 11/08/2012 | How.I.Met.Your.Mother.S08E05.PROPER.HDTV.x264-2HD.[VTV].mp4 |
| 11/07/2012 | 08.07.05.Phoenix Marie_BigTitCreamPie_ImgZilla.mp4 |
| 11/07/2012 | btcp10525_800.mp4 |
| 11/07/2012 | Christy.Mack.Hot.Creampie.For.Christy.Mack.BigTitCreamPie.09.23.12.HD_iyutero.com.mp4 |

EXHIBIT C

NIL49

| Hit Date UTC | Filename |
|---|---|
| 11/04/2012 | Xena.Warrior.Princess.XXX.An.Exquisite.Films.Parody.XXX.DVDRip.XviD-Jiggly |
| 11/04/2012 | New.Girl.S02E06.HDTV.x264-LOL.[VTV].mp4 |
| 11/04/2012 | The Amazing Spiderman (2012) [1080p] |
| 11/04/2012 | The Expendables (2012) [1080p] |
| 11/04/2012 | The Watch (2012) [1080p] |
| 11/04/2012 | Brave (2012) [1080p] |
| 11/03/2012 | Do.The.Splits.On.My.Big.Cock.XXX.DVDRip.XviD-STARLETS[rbg] |
| 11/03/2012 | PornStarSpa - Perfect Pussy Gets A Creampie - Nicole Aniston.mp4 |
| 11/03/2012 | Tonights.Girlfriend.XXX.DVDRip.XviD-Pr0nStarS |
| 11/01/2012 | Shes So Cute 3 - Britney Beth.avi |
| 11/01/2012 | Arrow.S01E04.REPACK.HDTV.x264-2HD.[VTV].mp4 |
| 10/31/2012 | Dancing.with.the.Stars.US.S15E11.HDTV.x264-2HD.mp4 |
| 10/29/2012 | The.Lost.Tapes.3.DiSC2.XXX.DVDRip.XviD-Pr0nStarS |
| 10/29/2012 | The.Lost.Tapes.2.POV.DiSC2.XXX.DVDRip.XviD-Jiggly[rbg] |
| 10/28/2012 | Sonny Moore |
| 10/28/2012 | NeighborAffair - Breanne Benson.wmv |
| 10/28/2012 | Supernatural.S08E04.HDTV.x264-LOL.mp4 |
| 10/28/2012 | RealExGirlfriends - Jessie Rogers.wmv |
| 10/27/2012 | The Boondock Saints Director's Cut (1999) [1080p] |
| 10/26/2012 | New Girl S02E05 HDTV x264-LOL[ettv] |
| 10/26/2012 | Supernatural.S08E03.HDTV.x264-LOL.mp4 |
| 10/26/2012 | New.Girl.S02E05.HDTV.x264-LOL.[VTV].mp4 |
| 10/25/2012 | Green.Lantern.The.Animated.Series.S01E16.FIXED.WEB-DL.x264.AAC |
| 10/25/2012 | Dancing.with.the.Stars.US.S15E10.HDTV.x264-2HD.mp4 |
| 10/24/2012 | Seeking a Friend For The End of The World (2012) [1080p] |
| 10/24/2012 | Green Lantern The Animated Series - 109 - In Love and War {C_P}.avi |
| 10/24/2012 | Green Lantern The Animated Series - 112 - Invasion {C_P}.avi |
| 10/23/2012 | Green Lantern The Animated Series - 113 - Homecoming {C_P}.avi |
| 10/23/2012 | Green Lantern The Animated Series - 115 - Reboot {C_P}.avi |
| 10/22/2012 | Batgirl XXX |
| 10/22/2012 | Nerdy.Girls |
| 10/22/2012 | prnfle632x |
| 10/19/2012 | Magic Mike (2012) [1080p] |
| 10/19/2012 | The.Amazing.Spider-Man.2012.RETAiL.DVDRiP.XViD-PSiG |
| 10/19/2012 | Happy Endings S02E11 HDTV XviD-LOL[ettv] |
| 10/19/2012 | Happy.Endings.S02E08.HDTV.XviD-LOL.avi |
| 10/19/2012 | Happy Endings S02E12 HDTV XviD-LOL[ettv] |

EXHIBIT C

NIL49